UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jill S., | File No. 22-cv-2168 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on November 2, 2023. ECF No. 21. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 21] is **ACCEPTED**;

2. Plaintiff's request for relief [ECF No. 17] is **DENIED**;

3. Defendant's Motion for Summary Judgment [ECF No. 19] is **GRANTED**;

4. The Commissioner's Decision is **AFFIRMED**; and

5. Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 28, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court